**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       Eufemio Morales v. State of Texas

Appellate case number:    01-17-00532-CV

Trial court case number:   74453

Trial court:                      27th District Court of Bell County

Date motion filed:           September 4, 2018

Party filing motion:         Appellant


        It is ordered that the motion for rehearing is **denied**.  *See* TEX. R. APP. P. 49.3.



Judge's signature: /s/ Sherry Radack
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Lloyd.


Date:  September 20, 2018